LAW OFFICES OF

# JASON L. ABELOVE, P.C.
666 OLD COUNTRY ROAD
SUITE 303
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516.222.7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516.542.2001
www.jasonabelove.com

October 20, 2020

**VIA ECF**
Honorable Gary R. Brown
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    VANACORE v. EXPEDITE, et al.
                Docket No. 14-cv-6103 (JS) (GRB)

Dear Honorable Sir:

      Per the Court's September 14, 2020 Order, the parties request the following briefing schedule with respect to Plaintiff's application to amend the judgment.

1. Plaintiff's Motion due date is November 16, 2020;

2. Defendent's Opposition due date is December 7, 2020; and

3. Plaintiff's Reply due date is December 21, 2020.

Thank you for your attention to the foregoing.

                                Very truly yours,

                                Jason L. Abelove

cc: Dara M. Hartman (via ECF)